US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF ARKANSAS

JAN 0 5 2018

DOUGLAS F. YOUNG, Clerk

By

Deputy Clerk

| | | |
|---|---|---|
| Bryant Howard Bruce, Beneficiary | ) | **Bill in Equity** |
| Pre-1933 Private American National | ) | |
| Citizen of the United States | ) | **Petition for Declaratory Relief,** |
| | ) | **Enforcement of Trusts,** |
| Complainant | ) | **Protection and Full Accounting** |
| | ) | |
| vs. | ) | Ex parte Sealed Proceeding |
| | ) | Evidentiary Hearing in Chambers |
| Pacific Investment Management Company LLC | ) | Regarding Proprietary Evidence |
| John P. Hardaway | ) | |
| Brent R. Harris | ) | |
| Robert D. Arnott | ) | |
| Christopher J. Brightman | ) | |
| | ) | |
| | ) | Case No. __18 - 5004__ |
| | ) | |
| | ) | Private, Special, Urgent, Privileged |
| | ) | Restricted, Confidential, |
| | ) | Excluding the Public and Press |
| Defendants | ) | Extra and Special Term |

To the Honorable Timothy L Brooks, District Judge and Chancellor of the District Court of the

United States for the Western District of Arkansas

## **BILL IN EQUITY**

**PARTIES**

### *"Equity delights in equality."*

1. Bruce Howard Bryant, Pre-1933 Private American National Citizen of the United

   States, privately residing in exclusive English/American Equity within a non-

   militarily-occupied private estate, County of Mohave, 1308 N. Stockton hill RD

A132, Kingman, Arizona, Zip Code Excepted [*86401*], Complainant, Grantor and, Beneficiary.

2. Pacific Investment Management Company LLC, John P. Hardaway, Brent R. Harris, Robert D. Arnott, Christopher J. Brightman

## JURISDICTION

### *"Equity imputes an intent to fulfill an obligation."*

1. Complainant invokes the jurisdiction of this Court to sit in its judicial power of exclusive English/American Equity conferred by Article III, Section 2, Clause 1 of the Constitution for the United States of America.

## HISTORY OF THE CASE

### *"He who comes into equity must come with clean hands."*

2. Complainant was born in Webb City, Missouri, on July 28, 1955, and therefore became a citizen of the United States and of the state of Missouri wherein he resided pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

3. On August 9, 1955, a "Certificate of Live Birth" was filed in Jasper County, Missouri, registering Complainant's live, natural birth.

4. However, by operation of the law of contract, quasi-corporate/artificial person "BRUCE HOWARD BRYANT" was created by the state of Missouri for which Complainant became the registered property and volunteer surety/voluntary quasi-trustee.

Further, upon the state filing of said "Certificate of Live Birth," said artificial person

5. became an "enemy" and its registered property, the Complainant, was seized to be

held in trust by the President of the United States in his capacity as Commander in

chief having inherited a state of national emergency. Said national emergency had

been declared via Proclamation 2039, promulgated by President Franklin D.

Roosevelt in his capacity as Commander in chief, on March 6, 1933, under the

authority of an un-repealed, multi-amended World War I statute known as the

"Trading with the Enemy Act."

6. Further, on March 9, 1933, Congress passed its "Emergency Banking Relief Act"
   (12 USC 95b) which "approved and confirmed," said emergency proclamation as
   well as every other proclamation of the President/Commander in chief and his
   Secretary of the Treasury retroactive to the president's inauguration on March 4,
   1933. Every proclamation thereafter was *ipso facto* "approved and confirmed,"
   which included Proclamation 2040 issued later in the day of March 9, 1933,
   continuing said state of national emergency declared by President Roosevelt via
   Proclamation 2039.

7. Further, on March 9, 1933, said "Emergency Banking Relief Act" (12 USC 95a)

amended "subdivision (b) of section 5 of the Act of October 6, 1917," (i.e., the "Trading

With the Enemy Act"). This change made every "person within the United States or any

place subject to the jurisdiction thereof," an "enemy" under the amended "Trading with

the Enemy Act." Said "person" under section 5(b) of the "Trading with the Enemy Act"

as amended by the "Emergency Banking Relief Act" was defined as an "individual,

partnership, association or corporation."

8. Therefore, artificial person "BRUCE HOWARD BRYANT" created by the state of Missouri, its property being the Complainant serving as voluntary surety/voluntary quasi-trustee, was now deemed an "enemy" under the "Trading With the Enemy Act" as amended by the "Emergency Banking Relief Act." Hence, Complainant held as property in trust by the Commander in chief and deemed one entity with said artificial person, was an "enemy."

9. Further, on April 25, 1938, the Supreme Court of the United States, dubbed "the Roosevelt Court" abolished "federal general common law," which included civilian due process of law historically secured by the Fifth Amendment on a federal level and the Fourteenth Amendment on a state level. This procedural, jurisdictional void was filled with a military due process of law authorized by Section 17 of the "Trading with the Enemy Act" (1917) as amended by the "Emergency Banking Relief Act" (1933). Every "enemy" was now subject to the military jurisdiction of the "United States" under military occupation as directed by the Commander in chief. Every "enemy" defined as a "person" under the "Trading With the Enemy Act," as amended by the "Emergency Banking Relief Act" could be given a military due process of law with flags that are in fact military colors on display in every federal district court and state court of the "United States" defined to be under military occupation by the "Trading With the Enemy Act" as amended by the "Emergency Banking Relief Act."

10. Therefore, Complainant, as volunteer surety/voluntary quasi-trustee for artificial person "BRUCE HOWARD BRYANT," was no longer one of **"We the People"**

and "beneficiary" of the trust known as the "Constitution for the United States."

Complainant had voluntarily submitted to an altered citizenship status, to be

deemed an "enemy" and thus, subject to the military jurisdiction of the "United

States" under a temporary national emergency and state of war via Proclamation

2040 and the "Trading With the Enemy Act" (50 USC App. 5(b)) as amended by

the "Emergency Banking Relief Act" (12 USC 95a).

11. Realizing the error of his ways, Complainant, with intent and purpose, executed a

**Release Without Consideration—*Nunc Pro Tunc Ab Initio*"** (to be reviewed in

Chambers) pursuant to state law and the maxims of the law of contracts, abandoning all

property interests in said state-created, federally-protected, artificial person "BRUCE

HOWARD BRYANT" Complainant discharged all agents of said military

governments, federal and state, from their military duties, and, by operation of law,

Complainant was restored to his former birth status of "a citizen of the United States and

of the state wherein he resides" under Section 1, Fourteenth Amendment.  Complainant is

no longer voluntary surety/volunteer quasi trustee for said artificial person/quasi-

corporate sole created by the state of Complainant's natural birth.

## STATEMENT OF FACTS

### *"One who seeks equity must do equity."*

12. Upon said restoration of organic, Constitutional citizenship status, Complainant is a

Pre-1933 Private American National Citizen of the United States and citizen of the

state of Arizona wherein he privately resides, said citizenship status being protected

by Section 1 of the Fourteenth Amendment to the Constitution for the United States of America evidenced by public documents and private and proprietary trust documents only to be seen by the Chancellor in Chambers. Defendant, by silence agree to this fact.

13. Complainant has no express or implied public contract with either the federal or state governments that may have altered or modified said first class, constitutional citizenship status of Complainant thereby reducing said status in substance to that of a second-class citizen being in substance volunteer surety/quasi-trustee for a quasi-corporation/artificial person by operation of law or otherwise. Defendant, by his silence agrees to this fact.

14. Therefore Complainant is a member of the sovereign, American political community known as **"We the People"** having ordained and established the "Constitution for the United States of America" to secure the blessings of liberty for themselves and their Posterity of which Complainant is a beneficially-interested member.

*"Equity regards the beneficiary as the true owner."*

15. Therefore, Complainant is a, Beneficiary, the Defendant the Trustee of a express trust, under the great Grantor Trust of Protestant and Baptist American liberty known as the "Constitution for the United States of America." Concerning the federal government being a trustee and "We the People" being beneficiaries, the Supreme Court has stated:

"Whatever it acquires, it acquires **for the benefit** of the people of the several States who created it. It is their **trustee acting for them**, and charged with **the duty** of promoting the interests of the whole people of the Union in the exercise of the powers specifically **granted**." *Scott v. Sanford*, 60 U.S. 393 at 448.

The Court then concluded:

"But as we have before said, it [*the Territory composing the Louisiana Purchase*] was acquired by the General Government as the representative and **trustee of the people** of the United States, and it must be therefore held in that character for their **common and equal benefit**; for it was the people of the several States, acting through their **agent** and representative, the Federal Government, who in fact acquired the Territory in question, and the Government holds it for their **common use** until it shall be associated with the other States as a member of the Union."
*Scott v. Sanford,* supra, at 448.

16. Complainant is the Sole, Beneficiary, Defendant the Trustee, of express grantor

trust "BRUCE HOWARD BRYANT" evidenced by private, proprietary trust

documents only to be seen by the Chancellor in Chambers, by silence, agrees to this

fact.

## STATEMENT OF CLAIM—BREACH OF TRUST

### *"Equity will not suffer a wrong to be without a remedy."*

17. Complainant is demanding a hearing where Defendant must provide to the court a

full accounting of all assets and property regarding CUSIP #72200Q182I, being

used without knowledge or permission of the complaint from October 30, 2003 or

prior to August 1, 2017 being the property of Bruce H Bryant's TREASURY POST

REGISTEED ACCOUNT 7001 2510 2710 4728, Arkansas UCC Financing

statement #03-1259035411and 5; 92CR50020-ALL.as evidenced in exhibit A

attached and made a part hereto.

18. Complainant Demands the court to seize the property, and give a full accounting of

all assets and property, showing which Part/Percentage of the fund belongs to

Complainant, Whereas PACIFIC INVESTMENT MANAGEMENT COMPANY

LLC is trading Complainant's property using CUSIP: 72200Q182.

The return of Complainant's property to the express trust evidenced by private,

proprietary trust documents only to be seen in Chambers.

19. Defendant, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, would

then cease the breach of trust by providing said protection for Complainant,

complying with Complainant's rights secured by the following

Constitutional amendments:

a. **First Amendment**: guaranteeing to every Pre-1933 Private American National

Citizen freedom of conscience/freedom of worship securing Complainant's biblical

duty to *"submit . . . to the king, as supreme"* and *"honor the king"* (1 Peter 2:13,

17), *"the king"* being the sovereign "We the People" of the United States as they

spoke by their Constitution of the United States, the supreme law of the land in

opposition to the current "Trading With the Enemy Act" (50 USC App. 5(b)) as

amended by the "Emergency Banking Relief Act" (12 USC 95a); **Fifth Amendment**:
guaranteeing to every Pre-1933 Private American National

Citizen a civilian due process of law on a federal level to the exclusion of a military

due process of law now imposed on all defendants by every federal court pursuant to

Section 17 of the "Trading With the Enemy Act" as amended by the "Emergency

Banking Relief Act;"

b. **Thirteenth Amendment**: guaranteeing that no Pre-1933 Private American National Citizen shall be subject to involuntary servitude within the United States, which involuntary servitude includes involuntary surety/involuntary quasi-trustee for an artificial person, said artificial "person" as defined by the "Trading with the Enemy Act" as amended by the "Emergency Banking Relief Act;"

c. **Fourteenth Amendment**: guaranteeing to every Pre-1933 Private American National Citizen a civilian due process of law on a state level to the exclusion of military due process of law now imposed on all defendants by every state court pursuant to the "Trading With the Enemy Act" as amended by the "Emergency Banking Relief Act."

## REQUEST FOR PROCESS

### *"Equity acts in personam, or on persons."*

20. Wherefore Complainant requests the Court make process upon Defendant in person to appear and answer by oath for the breach of trust set forth in this Bill.

## REQUEST FOR RELIEF
### *"Equity delights to do justice and not by halves."*

21. Wherefore, being without a legal claim in any public court at law sitting in temporary emergency war powers military jurisdiction, and only with equitable remedy in private  Chambers of a Federal District Court sitting in exclusive English/American Equity where such matters relating to constitutional private citizenship status and rights thereof, in conjunction with private, express/grantor equity trusts, are properly cognizable for the *de jure*, Pre-1933 Private American

National Citizen of the United States protected by Section 1 of the Fourteenth

Amendment to the Constitution of the United States, Complainant requests this

Court supply remedy by way of returning the principal with the accrued interest as

PACIFIC INVESTMENT MANAGEMENT COMPANY LLC is holding the

property in said express trust until claimed by the Complainant and enforcing said

trusts on behalf of both the Complainant, Beneficiary:

a. Providing declaratory relief concerning the rights, powers, privileges and immunities
   as well as the duties and obligations between the parties;

b. Providing protection, including, but not limited to, identification documents
   pertaining to trade, transportation and communication, as well as documents
   pertaining to domestic and foreign travel as well as personal security;

c. Providing a full accounting of all assets including, but not limited to, all assets
   originating from Complainant that are part of the fund In CUSIP: 72200Q182
   held in trust by PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
   Defendant/Trustee for the benefit of Complainant/Beneficiary;

d. Providing any other general and/or special relief, declaratory or otherwise, as the
   nature of this case shall require, which relief the Court may deem just, proper and
   right according to Equity and good conscience.

e. Further, Beneficiary of 5;92CR50020-ALL, as evidenced by Arkansas UCC Financing
   Statement #31249035411 all amendments, and Treasury Post Registered Account #

**7001 2510 0005 2710 4728** using grantor's signature to fund in part or all of CUSIP:

**72200Q182**.being in a fund operated by PACIFIC INVESTMENT MANAGEMENT

COMPANY LLC.

## LAW OF THE SUIT

**I.     AV1611 King James Reformation English Bible**

**II.    Constitution of the United States of America**

**III.   Maxims of Equity:**

1) Equity sees that as done what ought to be done.

2) Equity will not suffer a wrong to be without a remedy.

3) Equity delights in equality.

4) One who seeks equity must do equity.

5) Equity aids the vigilant, not those who slumber on their rights.

6) Equity imputes an intent to fulfill an obligation.

7) Equity acts *in personam* or on persons.

8) Equity abhors a forfeiture.

9) Equity does not require an idle gesture.

10) He who comes into equity must come with clean hands.

11) Equity delights to do justice and not by halves.

12) Equity will take jurisdiction to avoid a multiplicity of suits.

13) Equity follows the law.

14) Equity will not aid a volunteer.

15) Where equities are equal, the law will prevail.

16) Between equal equities the first in order of time shall prevail.

17) Equity will not complete an imperfect gift.

18) Equity will not allow a statute to be used as a cloak for fraud.

19) Equity will not allow a trust to fail for want of a trustee.

20) Equity regards the beneficiary as the true owner.

## RULES OF COURT

*A Treatise on Suits in Chancery* (1907) by Henry R. Gibson, Vol. I, pp. 1-57, Sections 1-64; Vol. II, pp. 950-966, Sections 1189-1205 to the exclusion of the Federal Rules of Civil Procedure (1938) authorized by section 17 of the "Trading With the Enemy Act" (1917) as amended by the "Emergency Banking Relief Act" (1933).

## TABLE OF AUTHORITIES

1. Perry, Jairus Ware, *A Treatise on the Law of Trusts and Trustees* (Boston: Little, Brown and Company, 1882) Vols. I-II.

2. Story, Joseph, *Commentaries on Equity Pleadings and the Incidents Thereof According to the Practice of the Courts of Equity of England and America* (Boston: Little, Brown and Company, 1892).

3. Pomeroy, Jr., John Norton, *Pomeroy's Equity Jurisprudence* (San Francisco: Bancroft-Whitney Co., 1905) Vols. I-IV.

4. Gibson, Henry R., *A Treatise on Suits in Chancery* (Knoxville, Tennessee: Gaut-Ogden Company, Printers and Binders, 1907).

5. Lewin, Frederick Albert, *A Practical Treatise on the Law of Trusts* (Boston: Charles H. Edson and Co., 1888) Vols. I-II, Eighth Edition.

6. Phelps, Charles E., *Juridical Equity Abridged for the Use of Students* (Baltimore: M. Curlander, 1894).

7. *Library of American Law and Practice; "Equity," Equity procedure* (American Technical Society, 1919) p. 64, Sect. 81.

*"Equity will not allow a trust to fail for want of a trustee."*

Respectfully submitted,

Bryant Howard Bruce, Complainant, Grantor, Beneficiary
Pre-1933 Private American National:
    Citizen of the United States under
    Section 1, Fourteenth Amendment
Private Citizen of the Commonwealth of Arizona
    Section 1, Fourteenth Amendment
Private Resident in Exclusive Equity within a
    Non-Militarily Occupied Private Estate
    County of Mohave
    Without the Jurisdiction of the United States
    Under military occupation since 1933
    All rights reserved without prejudice

## VERIFICATION

**United States of America** )
**Commonwealth of Texas** ) s.a.
**County of Tarrant** )



BEFORE ME, on this day personally appeared Bruce Howard Bryant, Complainant above named, who makes oath under the Law of God and the Maxims of Equity, declares that all statements set forth in the foregoing Bill in Equity with attachments, based upon his own knowledge and research, are true and so far as stated upon information, he believes them to be true, and expects to be able to prove them before the Defendants and Chancellor in Chambers.

Subscribed and Affirmed before me on this ⁌5 day of ___December___, 2017.

Notary Public

[This page intentionally left blank.]

[This page intentionally left blank.]